# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **USA** | § § | |
| vs. | § § | NO: EP:14-CR-01237(2)-DCG |
| **(2) David Brian Binder** | § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, on **June 15, 2017 at 9:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FURTHER ORDERED that if for any reason counsel for the defendant or counsel for the Government is not available then that attorney must file a motion for continuance.

IT IS SO ORDERED this 27th day of April, 2017.

_____
HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE